# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-----------------------------------------------------------x

XIANTAO SHUANGYAN PLASTIC
PRODUCTS CO. LTD,

                Plaintiff,

    - against -

CLM INTERNATIONAL LTD

               Defendant.

:    18-cv-08305-BRM-DEA

-----------------------------------------------------------x

## ORDER GRANTING APPLICATION FOR JUDGMENT BY DEFAULT
## AND TO AMEND CAPTION

Before the Court is Bedell & Forman LLP's Application for a Judgment by Default and Amend the Caption [ECF No. 18]

It is therefore ORDERED that a Judgment by Default be entered against Defendant CLM International LTD for $154,556.17 plus statutory post-judgment interest, and

It is further ORDERED that the caption in this action be corrected to reflect that Plaintiff's name is Xiantao Shuangyan Plastic Products Co. Ltd.

SO ORDERED:

_____

BRIAN R. MARTINOTTI
United States District Judge

Dated: July 31st, 2019